**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Sharon Sonia CARNEGIE,**
**Defendant—Appellant.**

No. 06–6020.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 20, 2006.

Decided: April 25, 2006.

Sharon Sonia Carnegie, Appellant Pro Se. Rebeca Hidalgo Bellows, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before MICHAEL, KING, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sharon Sonia Carnegie seeks to appeal the district court's order denying relief on her motion filed under 28 U.S.C. § 2255 (2000). The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000).

A prisoner satisfies this standard by demonstrating that reasonable jurists would find that her constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See *Miller–El v. Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683–84 (4th Cir.2001). We have independently reviewed the record and conclude that Carnegie has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. Carnegie's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*